# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHHAJU SINGH BASSI, individually and dba VALLI GAS & CAR WASH;<br><br>    Defendant. | No. 1:18-cv-00215-LJO-SAB<br><br>ORDER RE STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 6) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for April 24, 2018 is continued to June 12, 2018, at 9:30 a.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: **April 18, 2018**

UNITED STATES MAGISTRATE JUDGE

Page 1