Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CHHAJU SINGH BASSI, individually and dba VALLI GAS & CAR WASH;<br><br>　　　　Defendant. | No.  1:18-cv-00215-LJO-SAB<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

　　　Notice is hereby given that Plaintiff Jose Acosta ("Plaintiff") has settled the above-captioned matter with Defendant. Plaintiff requests that he be given to and including June 12, 2018 to file the dispositional documents in order to afford the Parties time to complete the settlement.

Dated: May 3, 2018　　　　　　　　　　　　　　MISSION LAW FIRM, A.P.C.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Zachary M. Best*
　　　　　　　　　　　　　　　　　　　　　　　　Zachary M. Best
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　Jose Acosta