# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHHAJU SINGH BASSI,<br><br>        Defendant. | Case No. 1:18-cv-00215-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 8)<br><br>DEADLINE: JUNE 12, 2018 |

Plaintiff Jose Acosta filed this action on February 12, 2018. On May 3, 2018, Plaintiff filed a notice of settlement indicating that the action has been settled. Pursuant to Plaintiff's notice of settlement, IT IS HEREBY ORDERED that:

    1.    All pending dates and matters are VACATED; and

    2.    Plaintiff shall file dispositional documents on or before June 12, 2018.

IT IS SO ORDERED.

Dated: **May 4, 2018**

UNITED STATES MAGISTRATE JUDGE

1