Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Jose Acosta

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHHAJU SINGH BASSI, individually and dba VALLI GAS & CAR WASH;<br><br>    Defendant. | Case No. 1:18-cv-00215-LJO-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendant has not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendant have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 11, 2018                    MISSION LAW FIRM, A.P.C.


                                       */s/ Zachary M. Best*
                                       Zachary M. Best
                                       Attorney for Plaintiff,
                                       Jose Acosta

NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION

Page 1